1  Jesus Lopez
2  D-37180  BW 201 L
   P.O. Box 689
3  Soledad, CA 93960-0689

**FILED**

JUN 1 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Jesus Lopez,

　　　　　　Plaintiff,

vs.

Ben Curry, warden, (A) et al.

　　　　　　Defendant.

CASE NO. C 08 2071 WHA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _Jesus Lopez_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _I Am a prisoner._

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _It was over 20 plus years and I've_
5  _forgot._
6  _____
7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a. Business, Profession or      Yes ___ No _X_
10         self employment
11     b. Income from stocks, bonds,      Yes ___ No _X_
12         or royalties?
13     c. Rent payments?      Yes ___ No _X_
14     d. Pensions, annuities, or      Yes ___ No _X_
15         life insurance payments?
16     e. Federal or State welfare payments,      Yes ___ No _X_
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3. Are you married?      Yes _X_ No ___
24 Spouse's Full Name: _Evangelina Martinez_
25 Spouse's Place of Employment: _Mexico_
26 Spouse's Monthly Salary, Wages or Income: _NOTE: I DON'T KNOW._
27 Gross $_____ Net $_____
28 4.     a. List amount you contribute to your spouse's support:$ _— 0 —_

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____  - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?    Yes ___ No _X_
Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No _X_
Make _____ Year _____ Model _____
Is it financed? Yes ___ No ___ If so, Total due: $ _____
Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____
Do you own any cash? Yes ___ No _X_ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

_____

8. What are your monthly expenses?
Rent: $ _____    Utilities: _____
Food: $ _____    Clothing: _____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)

3  _____

4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ____  No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.

9  _____

10  _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  4/15/2008                                    *Jesus Lopez* /s/
17     DATE                                     SIGNATURE OF APPLICANT

18
19
20
21
22
23
24
25
26
27
28

1  Jesus Lopez
2  D-37180  BW 201 L
   P.O. Box 689
3  Soledad, CA 93960-0689

4
5
6
7
8

Case Number: _____

9                    **CERTIFICATE OF FUNDS**
10                              **IN**
11                    **PRISONER'S ACCOUNT**
12

13   I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of _____ for the last six months
15   at
16   Jesus Lopez D-37180                [prisoner name]
17   Correctional Training Facility  where (s)he is confined.
18          [name of institution]
19          I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $_____ and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $_____.
22
23   Dated:_____              _____
24                                  [Authorized officer of the institution]
25
26
27
28

-5-

Case Number: __C08-2071 WHA__

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached is a true and correct copy of the prisoner's trust account statement showing transactions of

__Lopez, Jesus__ for the last six months
(prisoner name)

at **CORRECTIONAL TRAINING FACILITY-SOLEDAD** where
(name of institution)

(s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __15.56__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __21.09__.

Dated: __4/28/08__    __Yolanda Chang__, Acct. 1 Specialist
Authorized officer of the institution

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust office

THE WITHIN-INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4/28/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __Yolanda Chang__, Acct. 1 Specialist
TRUST OFFICE

```
REPORT ID: TS3030  .701                                                       REPORT DATE: 04/28/08
                                                                              PAGE NO:        1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                                CTF SOLEDAD/TRUST ACCOUNTING
                               INMATE TRUST ACCOUNTING SYSTEM
                               INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: NOV. 29, 2007 THRU APR. 28, 2008

ACCOUNT NUMBER  : D37180                          BED/CELL NUMBER: CFBWT2000000201L
ACCOUNT NAME    : LOPEZ, JESUS                    ACCOUNT TYPE: I
PRIVILEGE GROUP:. A

                                  TRUST ACCOUNT ACTIVITY

     TRAN
DATE CODE  DESCRIPTION       COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE

11/29/2007 BEGINNING BALANCE                                                 0.00
12/11*D300 CASH DEPOSIT      1828 68903              40.00                  40.00
12/14 D300 CASH DEPOSIT      1892 68945              20.00                  60.00
12/19 W512 LEGAL POSTAGE     1946 LPOST                        4.60         55.40
12/26 FC01 DRAW-FAC 1        1968 ML                          55.40          0.00
ACTIVITY FOR 2008
01/22 FR01 CANTEEN RETUR     702292                            9.35-         9.35
02/19 W536 COPAY CHARGE      2639 4711                         5.00          4.35
03/05 D554 INMATE PAYROL     2854 P6                 20.00                  24.35
03/24 FC01 DRAW-FAC 1        3082 ML                          24.35          0.00
04/04 D300 CASH DEPOSIT      3201 6655               10.00                  10.00
04/07 D554 INMATE PAYROL     3209 P 1                20.00                  30.00
04/15 D300 CASH DEPOSIT      3377 66786             100.00                 130.00
04/28 W512 LEGAL POSTAGE     3546 LPOST                        2.16        127.84
04/28 W512 LEGAL POSTAGE     3546 LPOST                        1.99        125.85

                                 TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL       TOTAL        CURRENT      HOLDS      TRANSACTIONS
BALANCE        DEPOSITS   WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED

   0.00         210.00       84.15        125.85       0.00          0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE

                                                         125.85
```

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
Attn: Trust office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4/28/08
         CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ Trust Acct Specialist
         TRUST OFFICE