IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESUS LOPEZ,

           Petitioner,

vs.

BEN CURRY, Warden,

           Respondent.

No. C 08-2071 WHA (PR)

**ORDER GRANTING IN PART MOTION FOR STAY**

On June 14, 2010, Jesus Lopez's pro se petition for a writ of habeas corpus under 28 U.S.C. 2254 was granted and judgment was entered in his favor. The petition challenged the 2006 decision of the Governor of California denying parole. In the order granting the petition, respondent was ordered, within twenty days, to calculate a term for petitioner and set an imminent date for his release in accordance with Section 3041(a) of the California Penal Code. On June 18, 2010, respondent filed a motion for a stay of the order of and judgment of June 14, 2010, pending appeal or, alternatively, a temporary stay of the order and judgment to allow respondent time to seek a stay in the Ninth Circuit.

Good cause appearing, respondent's application is **GRANTED IN PART**. The order and judgment dated June 14, 2010, are temporarily stayed to permit respondent time to seek a stay in the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: July 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE